# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICASIO SANDOVAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK (SOUTH DAKOTA), N.A.,<br><br>　　　　Defendant. | Case No. 1:16-cv-01092-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>NOVEMBER 28, 2016 DEADLINE |

　　　On September 28, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 4.)

　　　Accordingly, it is HEREBY ORDERED that:

　　　1.　　All pending matters and dates are VACATED; and

　　　2.　　The parties shall file dispositional documents on or before November 28, 2016.

IT IS SO ORDERED.

Dated: **September 29, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1